*E-Filed 10/7/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY MILANO,

    Plaintiff,

v.

CITY OF WALNUT CREEK, et al.,

    Defendants.

No. C 11-01516 RS

**ORDER OF DISMISSAL**

On March 29, 2011, pro se plaintiff Gary Milano filed a complaint against defendants City of Walnut Creek, Sgt. M. McLaughlin, Officer R. Dickey, and Robert Taylor. Milano did not serve any of the defendants with the summons and complaint as required by Federal Rule of Civil Procedure 4 and therefore none have appeared. Although he subsequently filed a First Amended Complaint on June 24, 2011, he never served the defendants. Furthermore, Milano failed to appear at the initial Case Management Conference, which was held on September 1, 2011. Milano was ordered to show cause in writing why this case should not be dismissed for failure to prosecute, to which he did not respond. A hearing was held on October 6, 2011, and Milano again did not appear. The case is therefore DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b). The clerk shall enter judgment in favor of defendant and close the file.

1    IT IS SO ORDERED.

3    Dated: 10/07/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gary Lee Milano**
3710 Lone Tree Way, #113
Antioch, CA 94509

DATED: 10/7/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg